STATE v. SATCHELL

No. 26 PC.

Case below: 17 N.C. App. 312.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1973.